**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6605**

———————

ROBERT V. FUNK,

                                    Petitioner - Appellant,

        versus

J. M. VANYUR, Warden; JAMES GILMORE, Attorney
General of the Commonwealth of Virginia,

                                    Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. W. Earl Britt, District Judge.
(CA-97-24-5-BR)

———————

Submitted:  August 14, 1997        Decided:  August 25, 1997

———————

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior
Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert V. Funk, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Funk v. Vanyur</u>, No. CA-97-24-5-BR (E.D.N.C. Apr. 4, 1997). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>